# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KIMBERLY J. NELSON,** | |
| Plaintiff, | 8:15CV227 |
| vs. | |
| **AR SOLUTIONS, INC.,** | ORDER |
| Defendant. | |

This matter is before the court on the plaintiff's, Kimberly J. Nelson, Notice of Case Dismissal with Prejudice (Filing No. 8). In accordance with Fed. R. Civ. P. 41(a),

**IT IS ORDERED** that the plaintiff's Notice of Case Dismissal with Prejudice (Filing No. 8) is granted and this case is dismissed with prejudice, each party to bear its own costs.

Dated this 19th day of August, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge